# United States Bankruptcy Court

Southern District of Georgia

| | | |
|---|---|---|
| In the matter of: | ) | |
| | ) | Chapter 13 Case No. 13-42202-EJC |
| KRISHNA M. GAMBLE | ) | |
| Debtor(s) | ) | |
| | ) | |
| KRISHNA M. GAMBLE | ) | |
| Movant | ) | |
| | ) | |
| GENERAL FINANCIAL, INC. | ) | |
| Respondent | ) | |

### NOTICE OF OBJECTION TO CLAIM

Movant has objected to your claim filed in this bankruptcy case.

<u>Your claim may be reduced, modified or eliminated.</u>  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the objection, or if you wish the court to consider your views on the objection, you must file a written request for a hearing with Clerk of the Bankruptcy Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for hearing to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request for hearing is filed, you will receive a notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the court will decide that you do not oppose the objection to your claim.

*Claimant  has been served with a copy of the objection and a copy of this notice, and if claimant is a U. S.. government agency, the U. S. Attorney, P. O. Box 8970, Savannah, Ga 31412 (or P. O. Box 2017, Augusta,Ga 30903), and the Attorney General in Washington, D. C. 20530 have also been served.*

Date:  04/29/2014                                            /s/ John E. Pytte                                    
John E. Pytte, Georgia Bar No. 590555

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:

| | |
|---|---|
| Krishna M. Gamble | Chapter 13 |
| | Case No.  13-42202-EJC |
| Debtor(s) | |

**OBJECTION TO ALLOWANCE OF CLAIM**

COMES NOW, the above-named Debtor(s), pursuant to Bankruptcy Rule 9014, and objects to claim number 007, filed by General Financial, Inc. upon the following grounds:

1.

General Financial, Inc. filed an unsecured claim no. 007 in the amount of $1,321.26 for money loaned.  This claim is duplicative of claim no. 006 filed by General Financial, Inc. with the Court in the amount of $1,321.26.

WHEREFORE, Debtor(s) pray that claim no. 007 filed by General Financial, Inc. be disallowed. Debtor further prays for such other relief this honorable Court may deem just and proper under the circumstances.

This the 29th day of April, 2014.

/s/ John E. Pytte
JOHN E. PYTTE
Attorney for Debtor(s)
Georgia Bar No. 590555

Post Office Box 949
Hinesville, Georgia 31310
(912) 369-3569
FAX (912) 369-3579

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:

Krishna M. Gamble                                           Chapter 13
                                                            Case No.  13-42202-EJC
            Debtor(s)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties listed below with a true and correct copy of OBJECTION TO CLAIM and NOTICE OF OBJECTION by placing a copy of said documents in the United States Mail with adequate postage thereon to insure prompt delivery; OR via hand delivery.

O. Byron Meredith, III
Chapter 13 Trustee
P.O. Box 10556
Savannah, GA 31412

General Financial, Inc.
Attn: Officer or Agent
901 N. Market Street
Suite 463
Wilmington, DE 19801

This 29th day of April, 2014.

/s/ John E. Pytte
JOHN E. PYTTE
Attorney for Debtor(s)
Georgia Bar No. 590555

Post Office Box 949
Hinesville, Georgia 31310
(912) 369-3569
FAX (912) 369-3579